Russell J. Rohlfing
Attorney at Law: 362759
Law Offices of Lawrence D. Rohlfing, Inc., CPC
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Richard Burton

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BURTON, | Case No.: 2:25-cv-00031-CSK |
| Plaintiff, | ~~PROPOSED~~ ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| vs. | |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

## ORDER

Pursuant to the parties' stipulation, IT IS SO ORDERED that attorney's fees and expenses in the amount of three thousand eight hundred fifty dollars ($3,850.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920, be awarded pursuant to the terms of the stipulation.

Dated:  December 5, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

5, burt.0031.25

-1-